RECEIVED

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

DEBRA P. HACKETT, CLK.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JOHNNIE IGUESS,

     Plaintiff,

vs.

HYUNDAI MOTOR
MANUFACTURING
ALABAMA, LLC,

    Defendant.

Case No.: 2:13-CV-237-MEF-SRW

\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Hyundai Motor Manufacturing Alabama, LLC, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and  managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐    This party is an individual, or

☐    This party is a governmental entity, or

☐    There are no entities to be reported, or

X    The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| **Hyundai Motor America, Inc.** | **sole member** |

Respectfully submitted this the 15th day of April 2013.

*[signature]*

Ronald G. Davenport (asb-1826-d65r)
Bethany L. Bolger (asb-6740-e60b)
Attorneys for the Defendant, Hyundai
Motor Manufacturing Alabama, LLC

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, AL 36101-0270
Telephone:  (334) 206-3100
Facsimile:  (334) 262-6277
Email:        RGD@rushtonstakely.com
                 BLB@rushtonstakely.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 15th day of April 2013, I served the foregoing by placing a copy of same in the U.S. Mail, first-class postage prepaid, upon the following counsel of record:

William K. Abell
5748 Carmichael Parkway, Suite A
Montgomery, Alabama  36117
Attorney for Plaintiff

*[signature]*

OF COUNSEL

2